1 | KAREN P. HEWITT
United States Attorney
2 | CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
3 | California Bar. No. 201352
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7425 /(619) 235-2757 (Fax)
Email: Christopher.M.Alexander@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA    )   Criminal Case No. 08CR2024-WQH
                                )
11 |            Plaintiff,       )   HEARING DATE:   July 21, 2008
                                )   TIME:           2:00 p.m.
12 |                             )
        v.                       )   UNITED STATES' MOTIONS FOR:
13 |                             )   (1) RECIPROCAL DISCOVERY; AND
                                )   (2) FINGERPRINT EXEMPLARS.
14 |                             )
   EUFEMIO JUAN CARRASCO-HERRERA, )
15 |                             )   TOGETHER WITH MEMORANDUM OF
            Defendant.           )   POINTS AND AUTHORITIES
16 |                             )

COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, and hereby files its Motions for Reciprocal Discovery and Fingerprint Exemplars. These Motions are based upon the files and records of the case together with the attached memorandum of points and authorities.

**I**

**STATEMENT OF THE CASE**

On June 18, 2008, an Indictment was returned in the Southern District of California charging Defendant Eufemio Juan Carrasco-Herrera ("Defendant") with being a deported alien attempting to enter the United States, in violation of 8 U.S.C. § 1326(a) and (b). The Court has not yet arraigned Defendant on the Indictment. A status hearing is set for July 21, 2008 on another matter 08CR1202-GT.

**II**

**THE UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY SHOULD BE GRANTED**

On April 7 and 30, 2008, the United States provided discovery. As of this date, Defendant has produced no reciprocal discovery. The United States requests that Defendant comply with Rule 16(b) of the Federal Rules of Criminal Procedure, as well as Rule 26.2 which requires the production of prior statements of <u>all</u> witnesses, except for those of Defendant. Defendant has not provided the United States with any documents or statements. Accordingly, the United States will object at trial and ask this Court to suppress any evidence at trial which has not been provided to the United States.

**III**

**THE UNITED STATES' MOTION FOR FINGERPRINT EXEMPLARS SHOULD BE GRANTED**

Part of the United States' burden of proof in this case is to satisfy the jury that Defendant was an alien, previously deported, and without permission to reenter the United States. To make that showing, the United States may call an expert in fingerprint identification to match Defendant's fingerprints to relevant evidence. The most efficient and conclusive manner of establishing this

1 information is to permit the expert witness himself to take a set of Defendant's fingerprints for
2 comparison.

3    A defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S.
4 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate a
5 defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394,
6 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see also United States v. St.
7 Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987). The United States, therefore, requests that this Court
8 order that Defendant make himself available for fingerprinting by the United States.

**IV**

**CONCLUSION**

11 For the foregoing reasons, the United States requests that the Court grant its motions for
12 reciprocal discovery and fingerprint exemplars.

13    DATED: June 23, 2008                Respectfully submitted,

14                                        KAREN P. HEWITT
                                          United States Attorney

16                                        *s/Christopher M. Alexander*
                                          CHRISTOPHER M. ALEXANADER
17                                        Assistant United States Attorney
                                          Attorneys for Plaintiff
18                                        United States of America
                                          Email: Christopher.M.Alexander@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                         )<br>                   Plaintiff,         )<br>       v.                                          )<br>                                                         )<br>EUFEMIO JUAN CARRASCO-HERRERA,)<br>                                                         )<br>                   Defendant.         )<br>                                                         )<br>_____) | Criminal Case No.   08CR2024-WQH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER ALEXANDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Motions for (1) reciprocal discovery and (2) fingerprint exemplars, together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.   Bridget Kennedy
     Federal Defenders of San Diego, Inc.
     Atty for Defendant


I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2008.

                                                                    *s/Christopher M. Alexander*
                                                                    CHRISTOPHER M. ALEXANDER