

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2024-WQH |
| | ) | **SUPERSEDING** |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| | ) | |
| v. | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Misdemeanor) |
| EUFEMIO JUAN CARRASCO-HERRERA, | ) | Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |
| | ) | |
| | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about April 23, 2004, within the Southern District of California, defendant EUFEMIO JUAN CARRASCO-HERRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officials; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

///
///
///
///
///

<u>Count 2</u>

On or about March 20, 2008, within the Southern District of California, defendant EUFEMIO JUAN CARRASCO-HERRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officials and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 7/21/08

KAREN P. HEWITT
United States Attorney

CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney